**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000273**
**06-MAY-2024**
**07:55 AM**
**Dkt. 17 OAWST**

NO. CAAP-24-0000273

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MARIO COOPER, Claimant/Appellant-Appellant, v.
STATE OF HAWAII, DEPARTMENT OF TAXATION,
Employer/Appellee-Appellee, and
STATE OF HAWAII, DEPARTMENT OF HUMAN RESOURCES DEVELOPMENT,
EMPLOYEE CLAIMS DIVISION, Insurance Carrier/Appellee-Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2020-151(K)(T2); DCD NO, 4-16-10016)

ORDER GRANTING MOTION TO WITHDRAW APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of self-represented Claimant/
Appellant-Appellant Mario D. Cooper's April 26, 2024 Withdrawal
of Appeal from the Attorney's Fee Approval and Order Filed by
LIRAB on March 14, 2024, the papers in support, and the record,

IT IS HEREBY ORDERED that the motion is granted and the
appeal is dismissed, under Hawai'i Rules of Appellate Procedure
Rule 42(a).

DATED: Honolulu, Hawai'i, May 6, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M. McCullen
Associate Judge